UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Civil Case Number: 6:17-cv-77-ORL-22KRS

FILED 2017 JAN 17 PM 4:37
US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Carol Pinkney,

            Plaintiff,

vs.

Santander Consumer USA, Inc.; and DOES 1-10, inclusive,

            Defendants.

## COMPLAINT

For this Complaint, the Plaintiff, Carol Pinkney, by undersigned counsel, states as follows:

### JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3. Plaintiff, Carol Pinkney ("Plaintiff"), is an adult individual residing in Oviedo, Florida, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

4. The Defendant, Santander Consumer USA, Inc. ("Santander"), is a Texas business entity with an address of 8585 North Stemmons Freeway, Suite 1100 N, Dallas, Texas 75247, and is a "person" as the term is defined by 47 U.S.C. § 153(39).

5. Does 1-10 (the "Agents") are individual agents employed by Santander and whose identities are currently unknown to the Plaintiff. One or more of the Agents may be joined as parties once their identities are disclosed through discovery.

6. Santander at all times acted by and through one or more of the Agents.

## FACTS

7. Within the last four years, Santander called Plaintiff's cellular telephone, number 407-XXX-7576 in an attempt to collect a financial obligation.

8. At all times mentioned herein, Santander called Plaintiff by using an automatic telephone dialer system ("ATDS" or "predictive dialer").

9. Upon answering the calls from Santander Plaintiff was met with a period of silence prior to a live agent coming on the line.

10. During a live conversation with Santander, Plaintiff stated that she was not responsible for payment.

11. Plaintiff never provided her cellular telephone number to Santander and never provided her prior express consent for the calls.

12. Despite the foregoing, Santander continued calling Plaintiff's cellular telephone at an annoying and harassing rate.

13. Santander's calls directly interfered with Plaintiff's right to peacefully enjoy a service that Plaintiff paid for and caused Plaintiff a significant amount of anxiety, frustration and annoyance.

## COUNT I

## VIOLATIONS OF THE TCPA 47 U.S.C. § 227, et seq.

14. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15. Plaintiff never provided her cellular telephone number to Defendant or the Creditor and never provided her consent to be contacted on her cellular telephone.

16. Without prior consent Defendant contacted the Plaintiff by means of automatic telephone calls or prerecorded messages at a cellular telephone in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

17. Defendants continued to place automated calls to Plaintiff's cellular telephone after knowing there was no consent to continue the calls. As such, each call placed to Plaintiff was made in knowing and/or willful violation of the TCPA, and subject to treble damages pursuant to 47 U.S.C. § 227(b)(3)(C).

18. The telephone number called by Defendant was and is assigned to a cellular telephone for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

19. The calls from Defendant to Plaintiff were not placed for "emergency purposes" as defined by 47 U.S.C. § 227(b)(1)(A)(i).

20. Plaintiff was annoyed, harassed and inconvenienced by Defendant's continued calls.

21. Defendant's telephone system has the capacity to store numbers in a random and sequential manner.

3

22. As a result of each call made in negligent violation of the TCPA, Plaintiff is entitled to an award of $500.00 in statutory damages for each call in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

23. As a result of each call made in knowing and/or willful violation of the TCPA, Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## PRAYER FOR RELIEF

**WHEREFORE**, the Plaintiff prays that judgment be entered against the Defendants:

1. Statutory damages of $500.00 for each violation determined to be negligent pursuant to 47 U.S.C. § 227(b)(3)(B);

2. Treble damages for each violation determined to be willful and/or knowing pursuant to 47 U.S.C. § 227(b)(3)(C);

3. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: January 12, 2017

Respectfully submitted,

By /s/ *Stan Michael Maslona*
Stan Michael Maslona, Esq.
Lemberg Law, LLC
Bar No: 86128
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
smaslona@lemberglaw.com