IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROL PINKNEY,

        Plaintiff,

v.

        CASE NO. 6:17-cv-77-Orl-22KRS

SANTANDER CONSUMER USA, INC.;
and DOES 1-10, inclusive,

        Defendants.

### ORDER GRANTING VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

THIS CAUSE came before the Court on the parties' Joint Stipulation to Arbitrate and for Order Granting Voluntary Dismissal Without Prejudice. The Court has reviewed the Joint Stipulation and case file and is otherwise fully advised in the premises, and hereby ORDERS and ADJUDGES:

1. The Court GRANTS the voluntary dismissal of this case without prejudice, with each party to bear its own fees and costs.

DONE AND ORDERED in Orlando, Florida on March 27, 2017.

_____
Hon. Anne Conway
United States District Judge

Copies to:
Stan Michael Maslona, Esq.
Lemberg Law, LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
smaslona@lemberglaw.com

R. Frank Springfield, Esq.
Gennifer L. Bridges, Esq.
BURR & FORMAN LLP
200 S. Orange Avenue, Suite 800
Orlando, Florida 32801
fspringfield@burr.com, gbridges@burr.com